USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :

SAM A. ROSADO, SR.,                      :

                      Plaintiff,      :

                                  :        22-CV-2942 (VEC)

            -against-            :

                                  :          <u>ORDER</u>

                                  :

COGENT COMMUNICATIONS, INC., KEVIN  :
RYAN,

                                  :

                    Defendants.   :

                                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 27, 2021, Plaintiff filed a complaint in New York County

Supreme Court alleging employment discrimination against his former employer and supervisor,

Dkt. 1-1;

       WHEREAS on April 8, 2022, Defendants removed the case to federal court, Dkt. 1;

       WHEREAS on April 21, 2022, Plaintiff and Defendant Cogent Communications, Inc.

stipulated to a stay of this action given an arbitration agreement between Plaintiff and the

Defendant, Dkt. 14; and

       WHEREAS Defendant Kevin Ryan is not a party to that stipulation.

       IT IS HEREBY ORDERED that by no later than **Friday, April 29, 2022**, Plaintiff and

Defendant Ryan must file a joint letter informing the Court whether the parties consent to a stay

of Plaintiff's case against Defendant Ryan pending the conclusion of the arbitration.  If both

Plaintiff and Defendant Ryan consent to a stay, the Court will stay the entire matter.

**SO ORDERED.**

Date:  **April 21, 2022**                 _____
      **New York, NY**                    **VALERIE CAPRONI**
                                      **United States District Judge**