LAW OFFICE OF
**ROBERT DEMBIA, P.C.**
160 BROADWAY - 6th FLOOR
NEW YORK, NY 10038

(212) 226-5905

rdembia@aol.com                                                                 Fax: (212) 226-7859

October 30, 2023

VIA ECF
Hon. Valerie Caproni
United States District Judge
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:  Rosado v. Cogent Communications, Inc., et. al.
     Case Number: 1:22-cv-02942-VEC
     Sixth Joint Report on the status of the arbitration

Dear Judge Caproni:

My firm represents plaintiff/claimant Sam A. Rosado, Sr.  I am writing to comply with the Court's directive in the Memo Endorsement [Docket Document 17 and Docket Text], that the parties file a joint report on the status of the arbitration every three months, on the first of the month, the first report being due by August 1, 2022.

The status of the arbitration is as follows:  The parties are actively participating in the arbitration process.

I have received the consent of counsel for all parties to file this letter as a joint report.

Very truly yours,

ROBERT DEMBIA

rd

cc:

# ROBERT DEMBIA, P.C.

Hon. Valerie Caproni
United States District Judge
October 30, 2023
Page 2

```
VIA ECF
Isaac J. Burker, Esq.
Jason Mattar, Esq.
Jackson Lewis, P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601

VIA ECF
Tamika N. Hardy, Esq.
Rivkin Radler, LLP
926 RXR Plaza
Uniondale, NY 11556-0926
```